**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**ULISES LEODAN REYNOZA TELLEZ,**

 **Petitioner,**

**v.**            **Case No. 3:26-cv-1711-AW-MAL**

**WARDEN OF WALTON
CORRECTIONAL INSTITUTION,
et al.,**

 **Respondents.**
_____/

## ORDER GRANTING PETITION IN PART

Petitioner Ulises Leodan Reynoza Tellez initiated this case by filing a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. He seeks a bond hearing. Shortly after he filed his petition, the Eleventh Circuit decided *Hernandez Alvarez v. Warden*, which held that "unadmitted aliens found in the interior of the United States are eligible for bond while they go through immigration proceedings." 175 F.4th 1258, 1261 (11th Cir. 2026). Based on *Hernandez Alvarez*, the magistrate judge issued a report and recommendation concluding the court should grant relief. ECF No. 16. Specifically, the magistrate judge concludes the court should order that the government either provide Petitioner with an individualized bond hearing pursuant to § 1226(a) within seven days or release him.

Neither party filed any objection to the report and recommendation. After review, I now adopt the report and recommendation and incorporate it into this order.

1

The Petition (ECF No. 1) is GRANTED in part. Within seven days, the government must provide the bond hearing or release Petitioner.

The clerk will close the file.

SO ORDERED on June 25, 2026.

s/ *Allen Winsor*
Chief United States District Judge